472 A.2d 263

Commonwealth v. Brenner, Appellant.

Petition for Allowance of Appeal
Denied June 25, 1984.

Submitted October 5, 1983. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

472 A.2d 264

Commonwealth v. Carnes, Appellant.

Submitted October 3, 1983. Stanley M. Vasiliadis, Assistant Public Defender, for appellant; James Martin Connell, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.